```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/18/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPH Group, Domestic Petrocelli, and Eugene Bilotti,

                Plaintiffs,

-against-

Raymond Sheridan,

                Defendant.

21 Civ. 6905 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 16, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by October 15, 2021. ECF No. 8. Those submissions are now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **October 22, 2021**.

      SO ORDERED.

Dated: October 18, 2021
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge