UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Domestic Petrocelli and Eugene Bilotti, | |
| Plaintiffs, | |
| -against- | |
| Raymond Sheridan, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/24/2022

21 Civ. 6905 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 16, 2021, Plaintiffs filed this action.  ECF No. 1.  On October 22, 2020, the Court ordered Plaintiffs to move for a default judgment against Defendant by December 20, 2021.  ECF No. 13.  Plaintiffs did not comply and the Court order Plaintiffs to show cause why the case should not be dismissed for failure to prosecute by January 7, 2022.  ECF No. 14.  On January 10, 2022, three days late, Plaintiffs filed a letter stating there were delays in serving Defendant and requesting an extension on moving for default.  ECF No. 15.  The Court ordered Plaintiffs to file (1) proof of mailing the waiver of service form and (2) proof of service of the complaint and summons by January 14, 2022.  ECF No. 16.  Plaintiffs have failed to comply with that order.

Accordingly, by **January 29, 2022**, Plaintiffs file the proof of mailing and service.

SO ORDERED.

Dated: January 24, 2022
New York, New York

ANALISA TORRES
United States District Judge